MESSNER REEVES LLP
Kathleen Carter (SBN 157790)
kcarter@messner.com
Paul Hesse (SBN 111598)
phesse@messner.com
611 Anton Boulevard, Suite 450
Costa Mesa, California 92626
Telephone:(949) 612-9128
Facsimile: (949) 438-2304

Attorneys for AMERICAN SOCIETY FOR YAD VASHEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA YASMIN LAVY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY FOR YAD VASHEM, a New York not-for-profit corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-09038-MWF-PVC<br><br>**DEFENDANT AMERICAN SOCIETY FOR YAD VASHEM'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Motion and Appendix of Evidence]<br><br>**DATE: September 9, 2024<br>TIME: 10:00 a.m.<br>DEPT. 5A** |

Defendant American Society for Yad Vashem submits the following Statement of Uncontroverted Facts in support of it Motion for Summary Judgment.

{08488206 / 1}

**DEFENDANT ASYV'S STATEMENT OF UNCONTROVERTED FACT RE MOTION FOR SUMMARY JUDGMENT**

| UNCONTROVERTED FACTS | EVIDENCE |
|---|---|
| 1. Plaintiff Donna Yasmin Lavy was employed at ASYV from November 2016 through July 21, 2022. | Declaration of Stanley Stone ¶¶ 2-4, attached to Appendix of Evidence (AOE) as Exhibit 1; Offer Letter dated 11/1/2016 (AOE, Ex. 2); Email confirmation of termination dated 7/12/2022 (AOE, Ex. 4); Termination Letter dated 7/21/2022 (AOE, Ex. 3); First Amended Complaint, ¶¶ 5, 33. |
| 2. Plaintiff was first hired as a Development Assistant and then assumed roles in the Los Angeles Office as Development Associate and Young Leadership, Interim Western Region Director, and Senior Development Associate and Young Leadership. | First Amended Complaint, ¶¶ 5-7. |
| 3. At the end of September 2022, just over two months after Plaintiff's employment was terminated, Defendant ASYV did not renew the lease of the Western Region office in Los Angeles where Plaintiff had been assigned as only one of two employees at that location. The Los Angeles Office had been underutilized and post-Covid, meetings including with donors shifted to online or other locations outside of the office. | Stone Decl., ¶ 6; AOE, Exs. 1, 5, 13. |
| 4. When ASYV's Los Angeles office lease was not renewed at the end of September 2022, the only other employee other than Plaintiff assigned to the office was Plaintiffs supervisor, who had responsibilities far beyond just Los Angeles. | Stone Decl., ¶ 5. |
| 5. By December 31, 2023, ASYV shut | Stone Decl., ¶ 11. |

| | | |
|---|---|---|
| | down all operations in the United States and ceased functioning. | |
| | 6. AYSV was established in 1981 by a group of Holocaust survivors. Its mission was to preserve the legacy of the victims and survivors of the Holocaust (Shoah) through research, education, publications, exhibitions and philanthropy. | Stone Decl., ¶¶ 8, 9, 10; Mission Statement, and Brochures dated 2/1/2018 and 6/14/2017 (AOE, Exs. 1, 6, 7, 8). |
| | 7. For more than 40 years, ASYV worked alongside Yad Vashem, the World Holocaust Remembrance Center in Jerusalem. | Stone Decl., ¶¶ 8, 9, 10; Mission Statement, and Brochures dated 2/1/2018 and 6/14/2017 (AOE Exs. 1, 6, 7, and 8). |
| | 8. Though seminars and conferences, AYSV trained educators and professionals to preserve the educational curriculum of Yad Vashem, in the classroom and in the public sphere. | Stone Decl. and Mission Statement (AOE, Exs. 1, 6.) |
| | 9. At all times, AYSV's national office was in New York until it ceased operations in the United States. | Stone Decl., ¶ 5. |
| | 10. Until ASYV ceased functioning in the United States, it was a member of the Association of Holocaust Organizations, which is an international network of organizations and individuals for the advancement of Holocaust education, remembrance, and research. | Stone Decl., ¶ 11, and page from AHO website (AOE, Exs. 1, 9). |
| | 11. Israeli Prime Minister Benjamim Netanyahu wrote to AYSV on May 10, 2017, acknowledging Yad Vashem's "critical role in holding Holocaust deniers to account, teaching the world | Stone Decl. ¶ 12 and 5/10/2017 letter from Benjamin Netanyahu (AOE, Exs. 1, 10.) |

3

**DEFENDANT ASYV'S STATEMENT OF UNCONTROVERTED FACT RE MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| not only about what really happened in this darkest period, but also how to ensure it does not happen again." | |
| 12. Each role Plaintiff held in ASYV required her to carry out its mission of offering a Jewish-based programming and education in partnership with Yad Vashem, the World Holocaust Remembrance Center in Jerusalem in the Jewish State of Israel. | Stone Decl. ¶ 14. |

DATED: August 12, 2024     MESSNER REEVES LLP


       */s/ Paul Hesse*
Kathleen Carter
Paul Hesse
Attorneys for AMERICAN SOCIETY FOR YAD VASHEM

# CERTIFICATE OF SERVICE

## LAVY v. AMERICAN SOCIETY FOR YAD VASHEM
## 2:23-cv-09038

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 611 Anton Boulevard, Suite 450, Costa Mesa, CA 92626.

On August 12, 2024, I served true copies of the following document(s) described as **DEFENDANT AMERICAN SOCIETY FOR YAD VASHEM'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

Rise Law Firm, P.C.
Eliot Rushovich
Elissa Waizman
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211
Telephone: (310) 728-6588
Facsimile:   (310) 728-6560
eliot@riselawfirm.com
elissa@riselawfirm.com
deanna@riselawfirm.com
service@riselawfirm.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dlarenas@messner.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 12, 2024, at Santa Ana, California.

*/s/ Diana Larenas*
Diana Larenas

{08488206 / 1}