JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA YASMIN LAVY, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>AMERICAN SOCIETY FOR YAD VASHEM, A NEW YORK NOT-FOR-PROFIT CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:23-cv-09038-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

**ORDER**

The Court, having considered the Stipulation to Dismiss Case with Prejudice (Docket No. 62), and good cause appearing, hereby ORDERS THAT:

1. This case as to all Defendants and all causes of action is DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge